HILDA DREYSPOOL Respondent, *v.* THOMAS E. MURRAY. JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.

Submitted December 8, 1937; decided January 11, 1938.

*A. L. Wilbur* and *James L. Quackenbush* for appellant.

*Thomas J. Stapleton, George Rosling* and *Emil Katzka* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.